UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Walter O. Singh,                                                     Civil 05-2888 JMR/FLN

    Plaintiff,

v.                                                                              O R D E R

City of Minneapolis, et al.,

    Defendants.

_____

    Defendants City of Minneapolis, Officer Linda S. Chaplin, and Officer Michael P. McCarthy have moved for summary judgment. Based upon the Findings of Fact, Conclusions of Law, and Recommendation [#81] by United States Magistrate Judge Franklin L. Noel, dated September 18, 2007, all the files and records, and no objections having been filed to said Report and Recommendation,

    **IT IS HEREBY ORDERED** that Defendants' motion for summary judgment [#71] is GRANTED.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: October 11th, 2007.          s/ James M. Rosenbaum
at Minneapolis, Minnesota          JAMES M. ROSENBAUM
                                                United States Chief District Judge